IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00392-AP

PHILLIP P. ORTEGA,

        Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
ROBERT K. GRUBER
3500 South Wadsworth Blvd., Suite 215
Lakewood, Colorado 80235-2382
(303) 986-6400
bobgruber@earthlink.net

<u>For Defendant</u>:
TROY A. EID
United States Attorney

KEVIN TRASKOS
Assistant United States Attorney
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
kevin.traskos@usdoj.gov

THOMAS H. KRAUS
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-0017
tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

**A. Date Complaint Was Filed:** February 26, 2008

**B. Date Complaint Was Served on U.S. Attorney's Office:** March 3, 2008

**C. Date Answer and Administrative Record Were Filed:** May 2, 2008

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The Administrative Records appears to be complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

There are no unusual claims or defenses in this case.

**7. OTHER MATTERS**

There are no other matters.

**8. BRIEFING SCHEDULE**

**A. Plaintiffs Opening Brief Due:** June 24, 2008

**B. Defendant's Response Brief Due:** August 22, 2008

**C. Plaintiffs Reply Brief (If Any) Due:** September 8, 2008

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A. Plaintiffs Statement:**

    Plaintiff does not request oral argument.

**B. Defendant's Statement:**

Defendant does not request oral argument

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 15th day of May, 2008.

BY THE COURT:

 S/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

<table>
<tr><td>

s/ Robert K. Gruber  
ROBERT K. GRUBER  
3500 South Wadsworth Blvd., Suite 215  
Lakewood, Colorado 80235-2382  
Telephone (303) 986-6400  
FAX (303) 986-6800  
E-mail: bobgruber@earthlink.net  

Attorney for Plaintiff-Appellant

</td><td>

UNITED STATES ATTORNEY

TROY A. EID  
United States Attorney

KEVIN TRASKOS  
Assistant United States Attorney  
Deputy Chief, Civil Division  
United States Attorney's Office  
District of Colorado  
kevin.traskos@usdoj.gov

s/ Thomas H. Kraus  
THOMAS H. KRAUS  
Special Assistant U.S. Attorney  
1961 Stout St., Suite 1001A  
Denver, Colorado 80294  
Telephone: (303) 844-0017  
tom.kraus@ssa.gov

Attorneys for Defendant

</td></tr>
</table>