IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-392-AP**

**PHILLIP P. ORTEGA,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Unopposed Plaintiff-Appellant's Application for an Award of Resaonable Attorney Fees and Expenses Under the Equal Access to Justice Act, (doc. #19), filed September 25, 2008, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay directly to Plaintiff's counsel, Robert K. Gruber, attorney fees in the amount of **$4,565.42**.

Dated at Denver, Colorado, this 29th day of September, 2008.

                BY THE COURT:

                *S/John L. Kane*
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT